### Mumford and Mumford v. the Columbian Insurance Company.

IT was ruled, that judgment, as in case of nonsuit for not proceeding to trial, must be moved for the next

term after the *laches*, and the practice, according to the case of *Brandt* v. *Buckhout*, *ante*, p. 186. was now confirmed.